**Carroll, Schendorf & Boenicke, Inc., defendant in error, v. Alfred C. Borroff, plaintiff in error. Gen. No. 33,944.**

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

John Gibson Hale, for plaintiff in error. Henry M. Hagan, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Chin Bing, plaintiff in error. Gen. No. 33,962.**

Opinion filed February 24, 1930.

Harold L. Levy, for plaintiff in error; Elwyn E. Long, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**J. Baratt, appellee, v. John D'Amore and Stella D'Amore, appellants. Gen. No. 33,996.**

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Cairoli Gigliotti, for appellants. Nudelman & Branower, for appellee; Oscar M. Nudelman and Alvin Kornfeld, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**Oscar H. Carlson & Sons, Inc. for use of Eugene Hedges, appellee, v. Walter C. Kaehler, appellant. Gen. No. 33,679.**

Opinion filed February 24, 1930.

Weightstill Woods, for appellant. Wetten, Pegler & Dale, for appellee; James P. Haffner and Milton Gerwin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.